State ex rel. Lee & Co. vs. Jumel.

---

### No. 1198.

### The State of Louisiana ex rel. Frank A. Lee & Co. vs. Allen Jumel, Auditor, et al.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburne*, J.

---

*Read & Goodale* for Relators and Appellees.

*J. C. Egan*, Attorney General, for Respondents and Appellants.

---

The opinion of the Court was delivered by

Poché, J. This appeal comes under precisely the same circumstances disclosed in the case between the same parties, No. 1200, this day disposed, and for the reasons given in that case, it must share the same fate.

Appeal dismissed.

Bermudez, C. J., and Todd, J., dissent.